# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN DENNEY,<br><br>           Plaintiff,<br><br>    v.<br><br>F. RODO, et al.,<br><br>           Defendants. | Case No. 1:12-cv-00373-DLB PC<br><br>**ORDER TO SHOW CAUSE**<br><br>ECF No. 5<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

Plaintiff Daren Denney ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On July 3, 2012, the Court issued an order for Plaintiff to complete and return as to whether he consents to jurisdiction by a United States Magistrate Judge, within thirty days. ECF No. 5. This is the third time that the Court has issued the order. As of the date of this order, Plaintiff has not filed the form or otherwise responded to the Court. Pursuant to Appendix (A)(k)(2) of the Local Rules, if an executed Consent to Assignment or Request for Reassignment form has not been returned within thirty days, Plaintiff may be ordered to show cause.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within twenty-one (21) days why Plaintiff has not returned the completed Consent to Assignment or Request for Reassignment form. If Plaintiff fails to show cause or otherwise timely respond, the Court will dismiss this action without prejudice for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **September 14, 2012**                    /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28